UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

ROSA E. PICA ORTIZ, : CASE NO. 1:23-cv-00879
:
Plaintiff, : OPINION & ORDER
: [Resolving Doc. 1]
vs. :
:
COMMISSIONER OF SOCIAL :
SECURITY ADMINISTRATION, :
:
Defendant. :

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Rosa Pica Ortiz seeks judicial review of the Social Security Administration Commissioner's final decision partially denying her application for Disability Insurance Benefits ("DIB").[1]

On March 13, 2024, Magistrate Judge Armstrong issued a Report and Recommendation ("R&R") recommending that the Court vacate and remand the Commissioner's final decision in order for an ALJ to adequately consider and explain the persuasiveness of Dr. Monica Seo's medical expert opinion.[2]  Objections to the R&R were due by March 27, 2024.  Neither party objected.

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[3]  Absent objection, district courts may adopt an R&R without review.[4]  Neither party objected to the R&R, and this Court may adopt Magistrate

---

[1] Doc. 1.  Plaintiff and Defendant filed merits briefs.  Docs. 8, 9.  Plaintiff filed a reply.  Doc. 10.
[2] Doc. 11.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).  Failure to timely object may waive a party's right to appeal the

Case No. 1:23-cv-00879
Gwin, J.

Judge Armstrong's R&R without further review.

Accordingly, the Court **ADOPTS** Magistrate Judge Armstrong's R&R, and **VACATES** and **REMANDS** the Commissioner's final decision for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: April 17, 2024                    *s/        James S. Gwin*
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE

---

district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).